UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HICHAM AZKOUR,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LOIS ARIA, et al.,<br><br>　　　　　Defendants. | Civil Action No. 09-5280 (PGS)<br><br>**MEMORANDUM DECISION**<br><br>**& ORDER** |

Plaintiff filed a motion for reconsideration (Dkt. No. 50) of the Court's Order dated June 4, 2013, wherein the Plaintiff seeks to update his address in the Court's records. The Court has since updated its record to reflect the Plaintiff's address as stated in the Notice of Change of Address (Dkt. No. 48). Therefore, the Plaintiff's motion for reconsideration is moot.

Plaintiff also filed a motion to seal (Dkt No. 52) his previously filed motion for default judgment (Dkt. No. 40) because of private medical records contained therein. Plaintiff has shown good cause for the sealing of his records.

IT IS THEREFORE on this 23 day of July, 2013

ORDERED that Plaintiff's motion for reconsideration (Dkt. No. 50) is DENIED as moot; and it is further

ORDERED that Plaintiff's motion to seal (Dkt. No. 52) the motion for default judgment (Dkt. No. 40) is GRANTED; and it is further

ORDERED that this case is closed.

July 23, 2013

_____
PETER G. SHERIDAN, U.S.D.J.